**SITKA ENTERPRISES, INC., et al.,
petitioners, v. Wilfredo Segarra
MIRANDA, et al.**
No. 15–384.
Dec. 7, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.